United States District Court
Southern District of Texas

**ENTERED**

April 28, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Phu Hai Le Ngo, §<br>§<br>§<br>*Petitioner,* §<br>§<br>v. §<br>§<br>Pamela Bondi, Attorney General, et §<br>al.,[1] §<br>§<br>§<br>*Respondents.* § | Civil Action No. 4:26-cv-00191 |

## <u>ORDER FOR STATUS REPORT</u>

In this proceeding under 28 U.S.C. § 2241, Petitioner Phu Hai Le Ngo challenges his detention by the U.S. Department of Homeland Security. Dkt. 1. Ngo admits that he is subject to a final order of removal. *Id.* at 2. According to the petition, Ngo "does not seek to evade deportation" but asks that he "be released until a travel document is obtained that will allow" for his prompt deportation to Vietnam. *See id.* at 4.

On March 9, 2026, Respondents filed a notice stating that they planned to remove Ngo to Vietnam on March 15, 2026. Dkt. 10. Ngo did respond to the notice. But his removal to Vietnam would moot his requested relief.

---

[1] The Court is aware that Bondi is no longer the Attorney General, but no request to substitute a different Defendant has been made.

It is therefore **ORDERED** that the parties must file a status report by

**May 4, 2026** indicating whether Ngo has been removed to Vietnam.

Signed on April 28, 2026, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge

2