United States District Court
Southern District of Texas

**ENTERED**

May 06, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Phu Hai Le Ngo, | § § § | |
| *Plaintiff,* | § § | |
| | § | Civil Action No. 4:26-cv-00191 |
| v. | § § | |
| Pamela Bondi, Attorney General, et al.,[1] | § § § | |
| | § | |
| *Defendants.* | § § § | |

## **MEMORANDUM AND RECOMMENDATION**

On April 28, 2026, this Court entered an order directing the parties to confirm, by May 4, 2026, whether Petitioner Phu Hai Le Ngo has been removed to Vietnam. Dkt. 11. The Order was prompted by Respondents' previous notice indicating that Ngo was scheduled to be removed on March 15, 2026. Dkt. 10.

Only Respondents responded to the April 28, 2026 Order. Their latest notice confirms that Ngo was, in fact, removed on March 15, 2026. Dkt. 12.

As noted in the prior order, Ngo had filed this proceeding under 28 U.S.C. § 2241 to challenge his detention pending removal. *See* Dkt. 1. Ngo did not dispute that he was subject to a final order of removal, nor did not dispute that

---

[1] No request to substitute Bondi with the Acting Attorney General has been made.

he was subject to deportation. *See id.* at 2, 4. Ngo's deportation therefore moots his request for relief pending deportation.

Accordingly, it is **RECOMMENDED** that Petitioner Phu Hai Le Ngo's request for relief under 28 U.S.C. § 2241 be **DISMISSED AS MOOT**.

**The parties have fourteen days from service of this Report and Recommendation to file written objections. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Failure to file timely objections will preclude appellate review of factual findings and legal conclusions, except for plain error. *Ortiz v. City of San Antonio Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015).**

Signed on May 6, 2026, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge